UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                    Case No. 6:19-bk-01320-CCJ

Van T. Bui
        Debtor.
_____/

**NOTICE OF CONVERSION**
**FROM CHAPTER 13 TO CHAPTER 7**

COMES NOW the Debtor, Van T. Bui, by and through the undersigned attorney, and give notice of conversion of her Chapter 13 Bankruptcy Case to a Chapter 7 Bankruptcy Case.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail, First Class, Postage Pre-paid to all creditors and interested parties listed on the attached mailing matrix.

Dated this __6th__ day of December, 2019.

                          Robert H. Pflueger, Esquire
                          Florida Bar No. 333794
                          Attorney for Debtor

ROBERT H. PFLUEGER, P.A.
377 Maitland Avenue, Suite 1002
Altamonte Springs, FL 32701
Phone (407) 339-2022 Fax (407) 339-5271
Email: rob@rhpflueger.com
Secondary Email: lucy@rhpflueger.com