Label Matrix for local noticing
113A-6
Case 6:19-bk-01320-CCJ
Middle District of Florida
Orlando
Fri Dec  6 09:52:53 EST 2019

BANK OF AMERICA, N.A.
P.O. Box 31785
TAMPA, FL 33631-3785

BANK OF AMERICA, N.A.
c/o Frenkel Lambert et al
One East Broward Blvd., Suite 1430
Fort Lauderdale, FL 33301-1844

Fidelity Bank
c/o Hiday & Ricke, P.A.
P.O. Box 550858
Jacksonville, FL 32255-0858

Florida Dept of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

IRS
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

United States Trustee - ORL7/13 7
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Alltran Financial, LP
PO Box 722929
Houston, TX 77272-2929

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Bank of America
4909 Savarese Circle
Tampa, FL 33634-2413

Bank of America
PO Box 31785
Tampa, FL 33631-3785

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2284

Barclays Bank Delaware
Po Box 8803
Wilmington, DE 19899-8803

Capital One Bank
Attn: Bankruptcy Dept.
Po Box 30285
Salt Lake City, UT 84130-0285

Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison Texas 75001-9013

Chase Card
Po Box 15298
Wilmington, DE 19850-5298

Client Services, Inc
3451 Harry Truman Blvd
Saint Charles, MO 63301-9816

Colleen Lehmann, Esq
PO Box 290335
Tampa, FL 33687-0335

Convergent Outsourcing
800 SW 39th Street #100
PO Box 9004
Renton, WA 98057-9004

Credence Resource Mgmt
17000 Dallas Pkwy Ste 20
Dallas, TX 75248-1938

FNB Omaha
PO Box 3412
Omaha, NE 68103-0412

Fidelity Bank
Pob 105075
Atlanta, GA 30348-5075

Financial Recovery Services
PO Box 385908
Minneapolis, MN 55438-5908

First Bankcard
PO Box 2557
Omaha, NE 68103-2557

First National Bank of Omaha
1620 Dodge Street, Stop code 3105
Omaha, NE 68197-0002

First Source Advantage LLC
205 Bryant Woods South
Amhearst, NY 14228-3609

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Frenkel Lambert Weiss
Weisman & Gordon LLP
1 East Broward Blvd #1430
Fort Lauderdale, FL 33301-1844

GC Services Limited Ptnrshp
6330 Gulfton
Houston, TX 77081-1108

I C System Inc
Po Box 64378
Saint Paul, MN 55164-0378

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

MSKP Orlando Square LLC
Benesch Friedlander Coplan
& Aronoff
200 Public Square, Ste 2300
Cleveland, OH 44114-2378

MSKP Orlando Square LLC
c/o Brett R Renton, Esq
Shutts & Bowen, LLP
300 S Orange Ave #1600
Orlando, FL 32801-3382

MSKP Orlando Square, LLC
c/o James A. Timko, Esq.
Shutts & Bowen LLP
300 S. Orange Ave., #1600
Orlando, FL 32801-3382

Madison Creek HOA
c/o Jennifer L Davis, Esq
Clayton & McCulloh
1065 Maitland Cnt Commons Bl
Maitland, FL 32751-7437

Madison Creek HOA
c/o Towers Property Mgmt Inc
1320 N Semoran Blvd #100
Orlando, FL 32807-3552

Midland Funding LLC
2365 Northside Drive
Suite 300
San Diego, CA 92108-2709

Midland Funding LLC
PO Box 2011
Warren, MI 48090-2011

Monarch Recovery Mgmt Inc
3260 Tillman Drive
Suite 75
Bensalem, PA 19020-2059

NCB Mgmt Services, Inc
Po Box 1099
Langhorne, PA 19047-6099

Oxygen Recovery Group
1 Hillcrest Ctr
Spring Valley, NY 10977-3745

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Seminole County Tax Collector
Post Office Box 630
Sanford FL 32772-0630

Syncb / Home Design
PO Box 965036
Orlando, FL 32896-5036

T Mobile/T-Mobile USA Inc
by American InfoSource as agent
PO Box 248848
Oklahoma City, OK  73124-8848

TIAA, FSB
301 West Bay Street
Jacksonville, Florida 32202-5147

Tiaa Bank
PO Box 620139
Atlanta, GA 30362-2139

Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32790-3450

Robert H Pflueger
Robert H Pflueger PA
377 Maitland Avenue
Suite 1002
Altamonte Springs, FL 32701-5442

Van T. Bui
1421 Arbitus Circle
Oviedo, FL 32765-8046

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
1100 North King Street
Wilmington, DE 19884

(d)Bank of America
Po Box 982238
El Paso, TX 79998

Portfolio Recovery Assoc
Attn: Bankruptcy
Po Box 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BANK OF AMERICA, N.A.

(d)BANK OF AMERICA, N.A.
P.O. Box 31785
TAMPA, FL 33631-3785

(u)TIAA, FSB

(d)Bank of America, N.A.
P.O. Box 31785
Tampa, FL 33631-3785

End of Label Matrix
Mailable recipients    49
Bypassed recipients     4
Total                  53